```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11404
   SABINO GUZMAN
   EMMA GUZMAN                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7688      SSN XXX-XX-1918
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/26/07 .

2. The case was converted to Chapter 7 without confirmation, 11/14/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HERNANDEZ LAW OFFICE | ORIGINAL ATTO | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CB ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHONG SOO RIM MD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIAGONOSTIC RADIOLOGY SP | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| GLORIAS JEWELRY | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| INSURE ONE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
MIDSTATE COLLECTION          UNSECURED       NOT FILED              .00          .00
NAPERBROOK MEDICAL CENTE     UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED              .00          .00
NORTH AMERICAN CREDIT SV     UNSECURED       NOT FILED              .00          .00
NORTH SHORE AGENCY           UNSECURED       NOT FILED              .00          .00
NORTHWEST COLLECTORS         UNSECURED       NOT FILED              .00          .00
OMAR JEWELRY                 UNSECURED       NOT FILED              .00          .00
PARK DANSAN                  UNSECURED       NOT FILED              .00          .00
PROGRESSIVE RECOVERY         UNSECURED       NOT FILED              .00          .00
QUEST DIAGNOSTICS            UNSECURED       NOT FILED              .00          .00
SANTA BARBARA JEWELRY        UNSECURED       NOT FILED              .00          .00
SCH LABORATORY PHYSICIAN     UNSECURED       NOT FILED              .00          .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED       NOT FILED              .00          .00
SUBURBAN CHICAGO NEWSPAP     UNSECURED       NOT FILED              .00          .00
SWEDISH COVENANT HOSPITA     UNSECURED       NOT FILED              .00          .00
DIVERSIFIED EMERGENCY SE     UNSECURED       NOT FILED              .00          .00
TARGET                       UNSECURED       NOT FILED              .00          .00
THD CBSD                     UNSECURED       NOT FILED              .00          .00
TRS RECOVERY SERVICES        UNSECURED       NOT FILED              .00          .00
UNITED CONSUMER FINANCE      UNSECURED       NOT FILED              .00          .00
YOUSSEF E AKL                UNSECURED       NOT FILED              .00          .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, PRO SE DEBTOR            , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/12/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                         PAGE   3
    CASE NO. 07 B 11404 SABINO GUZMAN & EMMA GUZMAN
```